**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

November 13, 2025

VIA ECF
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *Lopez v. Socksmith Design, Inc.*
     Case No.: 1:25-cv-6751

Dear Judge Failla,

The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Socksmith Design, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for November 21, 2025 at 10:00 A.M. (Dkt. 6) be adjourned for 30 days. Although Plaintiff has attempted to engage with Defendant regarding this matter, counsel for the Defendant has not yet answered or appeared in the action. Plaintiff's counsel has reached out to Defendant's counsel multiple times but has not received any response, and this lack of communication has prevented the parties from meeting and conferring as required in advance of the Initial Conference.

Accordingly, a brief adjournment will allow additional time for Defendant to appear and meaningfully participate in the required discussions.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.

The conference currently scheduled for November 21, 2025, is hereby ADJOURNED to **January 7, 2026,** at **12:00 p.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The parties are directed to follow the Court's instructions in the Notice of Initial Pretrial Conference (Dkt. #6) and submit the required filings by the corresponding deadlines.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:     November 14, 2025         SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE