## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 30, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Lopez v. Socksmith Design, Inc.*
           Case No.: 1:25-cv-6751

Dear Judge Failla,

The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced matter against Defendant Socksmith Design, Inc. ("Defendant"). Plaintiff respectfully requests that the Initial Conference scheduled for January 7, 2026 at 12:00 PM (Dkt. 9) be adjourned and that Plaintiff be granted an additional sixty (60) days to re-serve Defendant, if necessary.

Although Defendant has not appeared in this action, Plaintiff's counsel has been in contact with attorneys purporting to represent Defendant since September 2025. Despite this communication, Defendant's counsel has declined to appear formally and has refused to participate in the Joint Status Letter or Case Management Plan. Only today did Defendant's counsel raise, for the first time, potential issues concerning service, notwithstanding that Defendant was served in September 2025 and counsel has been in communication with Plaintiff's counsel for several months.

An adjournment and brief extension will allow any service issues to be resolved and avoid unnecessary motion practice, including potential motion practice related to default. This request is made in good faith and in the interest of judicial efficiency.

Respectfully submitted,
GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.  Plaintiff's time to serve Defendant is hereby ADJOURNED to on or before **March 2, 2026.**  The initial pretrial conference currently scheduled for January 7, 2026, is hereby ADJOURNED to **April 1, 2026,** at **10:00 a.m.**  As before, the conference will be telephonic.  The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The parties are directed to follow the Court's instructions in the Notice of Initial Pretrial Conference (Dkt. #6) and submit the required filings by the corresponding deadlines.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:    December 30, 2025        SO ORDERED.
          New York, New York


                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE