**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 26, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Lopez v. Socksmith Design, Inc.*
        Case No.: 1:25-cv-6751

Dear Judge Failla:

Plaintiff respectfully submits this letter to advise the Court of Defendant's continued failure to meaningfully participate in this action and to request appropriate relief.

To date, no counsel has formally appeared on behalf of Defendant. The only filing made by any purported defense counsel is a notice of unavailability, which does not constitute an appearance in this action. Notwithstanding prior communications indicating that counsel represents Defendant, Defendant has not filed an answer or otherwise responded to the Complaint, and has taken no steps to move this matter forward.

Plaintiff has made multiple good-faith efforts to engage with Defendant's counsel regarding the status of Defendant's response, case management obligations, and potential resolution. Those efforts have gone unanswered. Defendant has neither communicated its intentions nor sought relief from the Court with respect to any purported defenses, including previously asserted issues relating to service or jurisdiction.

Instead, Defendant's counsel has asserted that, should Plaintiff proceed with this action or seek default based on Defendant's failure to timely respond, counsel would pursue sanctions against Plaintiff. Given that Defendant's time to respond has long since expired and no appearance or motion practice has been undertaken, such statements are improper and appear intended to deter Plaintiff from exercising its procedural rights.

As a result, this action has been effectively stalled. Plaintiff has been unable to proceed with the ordinary course of litigation, including required pretrial submissions and scheduling matters, due to Defendant's continued non-participation.

Plaintiff notes that this lack of responsiveness is not isolated to this action, but reflects a broader pattern of non-engagement by the same counsel in similar matters. Plaintiff raises this solely to provide context for the present circumstances.

Once counsel represents that they act on behalf of a party in a federal action, the Court and opposing counsel are entitled to expect diligence, communication, and compliance with procedural obligations. The continued failure to appear, respond, or otherwise participate has delayed this action and imposed unnecessary burdens on Plaintiff.

Plaintiff has made repeated good-faith efforts to avoid Court intervention. In light of Defendant's continued failure to answer or otherwise participate in this action, Plaintiff respectfully requests that the Court grant Plaintiff leave to move for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems appropriate.

In addition, given Defendant's continued non-participation and the resulting inability to proceed with meaningful case management, Plaintiff respectfully requests that the Court adjourn the Initial Conference currently scheduled for April 1, 2026, at 10:00 a.m., until such time as Defendant appears and participates in this action.

Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,
GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: via-email
H. Chelsea Tirgardoon: Tirgardoon@braunhagey.com
David Kwasniewski: Kwasniewski@braunhagey.com

In light of Plaintiff's above-letter, the initial pretrial conference currently scheduled for April 1, 2026, is hereby ADJOURNED *sine die*.

Plaintiff is directed to follow the Court's Individual Rules of Practice in Civil Cases in moving for a default judgment.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     March 27, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE